DANIEL A. McDANIEL - SBN 77363
NOMELLINI, GRILLI & McDANIEL
PROFESSIONAL LAW CORPORATIONS
235 East Weber Avenue
Post Office Box 1461
Stockton, California 95201-1461
Telephone: (209) 465-5883
Facsimile: (209) 465-3956

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL PRODUCE CO., LTD., a California limited partnership,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS F. LUM, individually and doing business as The Vegetable Patch, DOREEN F. LUM, individually and doing business as The Vegetable Patch, and THE VEGETABLE PATCH, an unknown entity,<br><br>　　　　　　　Defendants.<br>_____ | Case No.   2:06-CV-00288-WBS-PAN<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

Pursuant to the written Stipulation for Entry of Judgment made and filed in this matter;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff General Produce Co., Ltd. shall have judgment against the defendants Douglas F. Lum, individually and doing business as The Vegetable Patch, Doreen F. Lum, individually and doing business as The Vegetable Patch, and The Vegetable Patch, as follows:

1.   Defendants Douglas F. Lum, individually and doing business as The Vegetable Patch, Doreen F. Lum, individually and doing business as The Vegetable Patch, and The Vegetable Patch are declared to have violated the Perishable Agricultural Commodities Act ("PACA") and the regulations promulgated thereunder, by failing to comply with their obligations

-1-

1. to maintain the PACA trust for the benefit of plaintiff and by failing to comply with their obligation to pay plaintiff the principal amount of $30,011.65 from the proceeds of the PACA trust;

2. Defendants Douglas F. Lum, individually and doing business as The Vegetable Patch, Doreen F. Lum, individually and doing business as The Vegetable Patch, and The Vegetable Patch are permanently enjoined from continuing to violate the PACA and the regulations promulgated thereunder;

3. Defendants Douglas F. Lum, individually and doing business as The Vegetable Patch, Doreen F. Lum, individually and doing business as The Vegetable Patch, and The Vegetable Patch, are ordered to segregate from their other assets all of the perishable agricultural commodities and inventories of food or other products derived thereon, and any receivables or proceeds from the sale of such commodities or products, or other assets derived from such proceeds, in their possession, custody or control, and as to which plaintiff has claimed the benefit of the PACA trust, and to maintain such trust assets in a manner whereby they are freely available to satisfy defendants' obligations to pay plaintiff the amount of $30,011.65 with interest;

4. Plaintiff shall have and recover judgment from and against defendants Douglas F. Lum, individually and doing business as The Vegetable Patch, Doreen F. Lum, individually and doing business as The Vegetable Patch, and The Vegetable Patch for the principal amount of $30,011.65, finance charges in the sum of $9,003.50, reasonable attorney's fees in the sum of $1,935.00, and $385.00 for costs of suit, for a total of $41,335.15.

5. In the event defendants make timely minimum payments to plaintiff of $500.00 per month during the months of March through June, 2006, and September, 2006, and $2,000.00 per month during the months of July and August, 2006, each payment payable on the tenth (10th) of each month at the office of plaintiffs attorney, execution on this judgment shall be stayed.  Upon plaintiff's filing of a declaration of default with service on defendants, the stay shall be automatically lifted.  This stay shall not prevent plaintiff from obtaining and enforcing judgment liens on real and personal property, and this stay shall be automatically vacated immediately upon the filing by any defendant of a petition for relief under the Bankruptcy Code.

1   6. In the event plaintiff is paid a total of $32,331.65 by December 31, 2006, this
2 judgment shall be deemed fully satisfied.
3   LET JUDGMENT BE ENTERED ACCORDINGLY.
4 Dated:  March 10, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE BY MAIL**

The undersigned declares:

I am a citizen of the United States and a resident of the County of San Joaquin. I am over the age of 18 years and not a party to the within cause. My business address is 235 East Weber Avenue, Post Office Box 1461, Stockton, California, which is located in the county where the mailing took place.

On _____, at my place of business at Stockton, California, I served the attached **Judgment Pursuant To Stipulation,** on the parties in said action by first class mail as addressed below by depositing in the United States mail at Stockton, California, in a sealed envelope with postage thereon fully prepaid, addressed as follows:

Douglas F. Lum
2818 Rockville Road
Suisun, CA 94585

Doreen F. Lum
2818 Rockville Road
Suisun, CA 94585

I, KELLY KIRILOV, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this _____ day of _____, 2006, at Stockton, California.

_____
KELLY KIRILOV